IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 1:20-cr-00762 |
| Plaintiff, | **JUDGE PAMELA A. BARKER** |
| -vs- | |
| **TREY L. RALSTON,** | **ORDER** |
| Defendant. | |

On January 22, 2025, Magistrate Judge James Grimes conducted an initial revocation hearing on the Second Superseding Violation Report dated January 21, 2025. During the initial appearance, Magistrate Judge James Grimes found the defendant committed Violation No. 3:

- **New Law Violation** – On 06/11/2024, Mr. Ralston was charged in the Lorain Municipal Court with Violation of a Protection Order While Committing a Felony, a Felony in the Third Degree; Strangulation, a Felony in the Second Degree; and Felonious Assault with a Weapon, a Felony in the Second Degree, Case Number: 2024CRA01740. He was also charged with Unlawful Restraint, a Misdemeanor in the Third Degree, Case Number: 2024CRB1741 (reported to the Court on 06/21/2024, and on 11/04/2024).

On February 3, 2025, the Defendant appeared for the final revocation hearing before Judge Pamela A. Barker and was represented by counsel, Carolyn M. Kucharski. Assistant U.S. Attorney Vasile C. Katsaros was present on behalf of the United States of America. Pretrial Services Officer, Alfred Preston, Jr. was also present. All parties waived any objections to the Report and Recommendation of Magistrate Judge James Grimes. (Doc. No. 59.) The Court adopted the

Report and Recommendation of Magistrate Judge James Grimes and found that Defendant committed Violation Number 3.

Upon due consideration, supervised release is revoked. Defendant is to serve a period of two months of imprisonment at the Bureau of Prisons and six months in a halfway house. This term is to run consecutive to the term of imprisonment posed in Case No. 2024CRA01740 in the Lorain County Court of Common Pleas. Following Defendant's release from the halfway house, supervised release is to commence and is imposed for a term of three years, with the same terms and conditions as previously set and modified to include: No Contact with Alleged Victim. Defendant advised of his right to appeal.

**IT IS SO ORDERED.**

*s/Pamela A. Barker*
PAMELA A. BARKER
Date: February 3, 2025                U. S. DISTRICT JUDGE